**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| KHALIL M. CHAOUI, | ) | NO. CV 13-9422-CJC(E) |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER ADOPTING FINDINGS, |
| | ) | |
| CITY OF GLENDORA, et al., | ) | CONCLUSIONS AND RECOMMENDATIONS |
| | ) | |
| | ) | OF UNITED STATES MAGISTRATE JUDGE |
| Defendants. | ) | |
| _____ | ) | |

Pursuant to 28 U.S.C. section 636, the Court has reviewed the Petition, all of the records herein and the attached Report and Recommendation of United States Magistrate Judge. Further, the Court has engaged in a <u>de novo</u> review of those portions of the Report and Recommendation to which any objections have been made. The Court accepts and adopts the Magistrate Judge's Report and Recommendation.

IT IS ORDERED that Defendants' motion for summary judgment is granted and Judgment is entered in favor of all Defendants.

///

///

IT IS FURTHER ORDERED that the Clerk serve copies of this Order, the Magistrate Judge's Report and Recommendation and the Judgment herein on Plaintiff and on counsel for Defendants.

LET JUDGMENT BE ENTERED ACCORDINGLY.

DATED: February 19, 2015

_____
CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE

2