# JS - 6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| KHALIL M. CHAOUI, | ) | NO. CV 13-9422-CJC(E) |
| Plaintiff, | ) | |
| v. | ) | JUDGMENT |
| CITY OF GLENDORA, et al., | ) | |
| Defendants. | ) | |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that Judgment is entered in favor of all Defendants.

DATED: February 19, 2015

_____
CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE